IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent/Plaintiff, | ) | |
| vs. | ) | No. 3:01-CR-0134-M (01) |
| | ) | No. 3:03-CV-0217-M |
| DEBRA COATES, ID # 26814-177, | ) | |
| a.k.a. Debra Flemons, | ) | |
| Movant/Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 10th day of May, 2005.

UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument on file in my office on 05·10·05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy